70

618 A.2d 944

**In re ESTATE OF Leonard F. BAEHER, Deceased.**

**Appeal of Charles F. ARENTZEN.**

Supreme Court of Pennsylvania.

Jan. 26, 1993.

F. Emmett Fitzpatrick, Philadelphia, for C.F. Arentzen.

Thomas F. Delaney, Ardmore, Joseph L. Higgins, Rosemont, for Meridian Bank.

Edmund L. Harvey, Jr., Philadelphia, Frank Desimone, Philadelphia, for Challengers.

Brian McDevitt, Norristown, for J. Furst.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

AND NOW, this 26th day of January, 1993, the Court, *sua sponte* dismisses the appeal as moot.

LARSEN and CAPPY, JJ., dissent and would dispose of the underlying issues because of their general jurisprudential importance.